Cause No. 2013-59946

| | | |
|---|---|---|
| PSC INDUSTRIAL OUTSOURCING, LP, | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| REVENEW INTERNATIONAL, LLC | § | |
| Defendant. | § | 281ST JUDICIAL DISTRICT |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/7/2015 1:55 PM
CHRISTOPHER A. PRINE
Clerk

---

## PLAINTIFF'S NOTICE OF NON-SUIT WITHOUT PREJUDICE

---

Plaintiff PSC Industrial Outsourcing, LP ("Plaintiff") hereby non-suits all claims that Plaintiff has brought against Defendant Revenew International, LLC ("Defendant") in this matter without prejudice. Plaintiff respectfully requests that the Court dismiss the above-captioned cause without prejudice as to the re-filing of the same.

Respectfully submitted,

**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.**

By: */s/ Todd W. Mensing* _____
Todd W. Mensing
Texas Bar No. 24013156
tmensing@azalaw.com
Adam Milasincic
Texas Bar No. 24079001
amilasincic@azalaw.com
Edward Goolsby
Texas Bar No. 24092436
egoolsby@azalaw.com
1221 McKinney, Suite 3460
Houston, Texas 77010
(713) 655-1101 – Phone
(713) 655-0062 – Fax

**ATTORNEYS FOR PLAINTIFF, PSC INDUSTRIAL OUTSOURCING, LP**

## CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of the foregoing document upon the following counsel by electronic service through the state-provided EFSP Efile.txcourts.gov on October 6, 2015.

Lauren J. Harrison
Lara D. Pringle
Jones Walker LLP
1001 Fannin Street, Suite 2450
Houston, TX 77002

*/s/ Todd W. Mensing* _____
Todd W. Mensing